ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
ALCO C. ROBINSON, ESQ.
Nevada Bar No. 17112
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9319
(702) 577-9317
Facsimile: (702) 255-2858
E-Mail: rschumacher@grsm.com
arobinson@grsm.com

***Attorneys for Defendant,***
***PUEBLO MEDICAL IMAGING, LLC***

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ABENAA "NYA" COLLIS,<br><br>Plaintiff,<br><br>vs.<br><br>PUEBLO MEDICAL IMAGING, LLC<br><br>Defendant. | Case No.: 2:25-cv-02334-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** |

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP") and Local Rule ("LR") 26-3, Plaintiff Abenaa "Nya" Collis, appearing pro se, and Defendant Pueblo Medical Imaging, LLC ("PMI") (collectively, the "Parties"), hereby stipulate and request that the Court extend the discovery deadlines in this matter by ninety (90) days pursuant to FRCP 16(b)(4) and LR IA 6-1.

## I. DISCOVERY COMPLETED

The Parties have exchanged written discovery, produced responsive documents, and continued to evaluate the claims and defenses asserted in this action. The Parties have also served and responded to supplemental written discovery and have obtained records and information from third parties relevant to the issues in dispute.



Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

## II. DISCOVERY THAT REMAINS TO BE COMPLETED

The following discovery remains outstanding:

1. Completion of supplemental written discovery and any related responses;
2. Review and analysis of recently received third-party records and evidence;
3. Additional third-party discovery, as necessary;
4. Depositions of the Parties and relevant witnesses;
5. Expert disclosures and expert discovery, if experts are retained; and
6. Any follow-up discovery necessitated by information obtained through supplemental discovery and third-party records.

## III. REASONS WHY THE REMAINING DISCOVERY HAS NOT BEEN COMPLETED

Good cause exists to extend the current discovery deadlines. Since the Court approved the Parties' first request to extend discovery, the Parties have continued to exchange supplemental written discovery and have received additional records and evidence from third parties. The newly obtained information requires review, analysis, and potential follow-up discovery before the Parties can complete fact discovery and adequately assess their claims and defenses.

The Parties have acted diligently throughout the discovery process. However, because responsive information has continued to be produced and supplemented, including materials obtained from third parties, additional time is necessary to evaluate the evidence, complete any related discovery, and conduct depositions with the benefit of the complete factual record.

The requested extension is made in good faith and not for purposes of delay. A ninety (90) day extension will allow the Parties sufficient time to complete the review of supplemental discovery, obtain and evaluate outstanding third-party records, conduct any necessary follow-up discovery, complete depositions, and prepare the case for dispositive motions and trial.

## IV. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

The current Scheduling Order sets the following deadlines:

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

| **Deadline** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Initial Expert Disclosures | October 29, 2026 | **January 27, 2027** |
| Rebuttal Expert Disclosures | November 30, 2026 | **March 1, 2027** |
| Discovery Cutoff | December 28, 2026 | **March 29, 2027** |
| Dispositive Motions | January 27, 2027 | **April 28, 2027** |
| Joint Pretrial Order | February 26, 2027 | **May 28, 2027*** |

* If dispositive motions are filed, the deadline for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a decision resolving all dispositive motions, pursuant to LR 26-1(b)(5).

## V. PREVIOUS REQUESTS TO EXTEND DISCOVERY

This is the Parties' second request to extend the discovery deadlines established by the Scheduling Order.

## VI. GOOD CAUSE EXISTS FOR THE REQUESTED EXTENSION

The requested extension will allow the Parties to complete the remaining discovery in an efficient and cost-effective manner. The Parties submit that this request is reasonable, made in good faith, and will not prejudice any party.

Accordingly, the Parties respectfully request that the Court extend all discovery-related

///

///

///

///

///

///

///

///

///

///

deadlines by ninety (90) days as set forth above.

DATED this 7th day of October 2026

*/s/ Abenaa Collis*
Abenaa "Nya" Collis
9459 Sequoia Ridge Ave.
Las Vegas, Nevada 89143
***Pro Se Plaintiff***

DATED this 7th day of October 2026

**GORDON REES SCULLY MANSUKHANI LLP**

*/s/ Alco C. Robinson*
ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
ALCO C. ROBINSON, ESQ.
Nevada Bar No. 17112
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
***Attorneys for Defendant,***
***PUEBLO MEDICAL IMAGING, LLC***

**IT IS SO ORDERED:**

______________________________
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 10-15-26



Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101